IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMY J. WALTERS,

                      Plaintiff,                    ORDER

    v.

                                                  12-cv-804-wmc

MAYO CLINIC HEALTH SYSTEM-
EAU CLAIRE HOSPITAL, INC.,

                      Defendant.

---

Having reviewed the parties' designations of plaintiff's expert Dr. Jay Collier's deposition and objections to same, the court sustains the following objections: (1) p. 57, l. 16; and (2) p. 65, l. 6.  All other objections are overruled.  Consistent with those rulings (and omitting all spoken objections), Dr. Collier's videotaped deposition excerpts should contain the following page and line numbers:

<u>For Liability</u>

p. 5, l. 13 to p. 15, l. 11

p. 15, l. 14 to p. 16, l. 19

p. 17, l. 22 to p. 22, l. 13

p. 22, l. 23 to p. 25, l. 9

p. 25 l. 14 to p. 34, l. 21

p. 35, l. 25 to p. 37, l. 25

p. 38, l. 7 to p. 46, l. 8

p. 46, l. 11 to p. 49, l. 18

p. 49, l. 22 to p. 51, l. 22

p. 52, l. 13 to p. 56, l. 4

p. 56, l. 9 to p. 57, l. 13

p. 57, l. 18 to p. 64, l. 19

p. 65, l. 9 to p. 66, l. 5

p. 66, l. 15 to p. 66, l. 18

p. 66, l. 20 to p. 67, l. 13

p. 67, l. 17 to p. 68, l. 13

p. 68, l. 17 to p. 69, l. 2

p. 69, l. 4 to p. 69, l. 13

p. 69, l. 15 to p. 69, l. 19

p. 69, l. 21

p. 70, l. 2 to p. 71, l. 6

p. 71, l. 8 to p. 72, l. 5

p. 72, l. 7 to p. 73, l. 16

p. 73, l. 18 to p. 73, l. 24

p. 74, l. 11 to p. 75, l. 21

p. 75, l. 24 to p. 77, l. 20

p. 77, l. 23 to p. 79, l. 7

p. 79, l. 10 to p. 80, l. 9

p. 80, l. 12 to p. 80, l. 25

p. 81, l. 4 to p. 81, l. 12

p. 81, l. 14

p. 82, l. 1 to p. 82, l. 5

p. 82, l. 7 to p. 82, l. 13

p. 82, l. 23 to p. 83, l. 3

p. 83, l. 6 to p. 84, l. 18

p. 85, l. 22 to p. 86, l. 4

p. 86, l. 9 to p. 86, l. 24

p. 87, l. 1 to p. 87, l. 2

p. 87, l. 4 to p. 87, l. 8

p. 87, l. 10 to p. 87, l. 18

p. 87, l. 20 to p. 87, l. 22

p. 87, l. 24 to p. 88, l. 1

p. 88, l. 3 to p. 88, l. 6

p. 88, l. 8 to p. 88, l. 10

p. 88, l. 12 to p. 88, l. 17

p. 88, l. 20 to p. 88, l. 21

p. 89, l. 9 to p. 89, l. 25

p. 90, l. 2 to p. 90, l. 22

p. 90, l. 24 to p. 91, l. 1

p. 91, l. 3 to p. 91, l. 7

p. 91, l. 9 to p. 91, l. 11

p. 91, l. 13 to p. 91, l. 20

p. 91, l. 22 to p. 91, l. 25

p. 92, l. 3 to p. 92, l. 7

p. 92, l. 10 to p. 92, l. 11

p. 92, l. 13

p. 102, l. 16 to p. 103, l. 19

p. 103, l. 21 to p. 105, l. 13

p. 105, l. 25 to p. 107, l. 13

p. 108, l. 1 to p. 109, l. 8

p. 109, l. 13 to p. 109, l. 22

p. 109, l. 25

p. 110, l. 3 to p. 110, l. 14


For damages:

p. 84, l. 19 to p. 84, l. 22

p. 84, l. 24 to p. 85, l. 2

p. 88, l. 22 to p. 88, l. 25

p. 89, l. 2 to p. 89, l. 5

p. 89, l. 7 to p. 89, l. 8

p. 92, l. 25 to p. 93, l. 23

p. 93, l. 25 to p. 94, l. 5

p. 94, l. 8 to p. 97, l. 7

p. 97, l. 14 to p. 98, l. 20

p. 98, l. 22 to p. 99, l. 7

4

p. 99, l. 10 to p. 99, l. 21

p. 99, l. 23 to p. 102, l. 8

Entered this 20th day of March, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge