IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMY J. WALTERS,

                Plaintiff,                SPECIAL VERDICT

v.

                                            12-cv-804-wmc

MAYO CLINIC HEALTH SYSTEM-
EAU CLAIRE HOSPITAL, INC.,

                Defendant.

---

We, the jury, for our special verdict, do find as follows:

**ADA Claims**

**QUESTION NO. 1:** Did defendant Mayo Clinic Health System-Eau Claire Hospital Inc., violate the ADA by failing to provide a reasonable accommodation to plaintiff Amy J. Walters?

                                                      Yes _____      No ✓

**QUESTION NO. 2:** Did defendant violate the ADA by taking any of the following job actions on the basis of plaintiff's disability:

    a. demoting plaintiff in December 2010?    Yes _____    No ✓

    b. suspending plaintiff in March 2011?     Yes _____    No ✓

    c. terminating plaintiff in April 2011?      Yes _____    No ✓

## FMLA Claim

QUESTION NO. 3: Did defendant interfere with plaintiff's rights under the FMLA by giving her a written warning on October 7, 2010?

Yes ✓     No _____

*If you answered Question No. 3 "Yes," please answer Question No. 4. If you answered, Question No. 3 "No," please go to the end of the verdict form and sign and date it.*

QUESTION NO. 4: Did defendant rely on the October 7, 2010, written warning in taking the following job actions:

a. demoting plaintiff in December 2010?    Yes ✓     No _____

b. terminating plaintiff in April 2011?    Yes ✓     No _____

_____
Presiding Juror

Madison, Wisconsin

Dated this 27 day of March, 2014.