IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMY J. WALTERS,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.                                            Case No. 12-cv-804-wmc

MAYO CLINIC HEALTH SYSTEM –
EAU CLAIRE HOSPITAL, INC.,

        Defendant.

---

This action came before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

---

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Amy J. Walters against defendant Mayo Clinic Health System – Eau Claire Hospital, Inc. in the amount of $531,126.20 based on the jury's finding of liability under the Family and Medical Leave Act, 29 U.S.C. § 2615.

        IT IS FURTHER ORDERED AND ADJUDGED that plaintiff shall be reinstated at a Mayo facility other than Mayo – Eau Claire; that defendant shall calculate missing pension contributions that would have been made on plaintiff's behalf had she continued working for Mayo – Eau Claire uninterrupted and deposit on her behalf an amount equal to the sum that would currently be in that fund had those contributions been timely deposited; that defendant shall purge the October 6, 2010, written warning and the subsequent corrective actions from plaintiff's personnel file; and that by December 31, 2014, defendant shall file a report with the court describing modifications made to policies and practices in training which Mayo – Eau Claire has implemented addressing issues raised in this lawsuit.

Approved as to form this 14th day of May, 2014.

William M. Conley
District Judge

Peter Oppeneer
Clerk of Court

Date 5/15/14