IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMY J. WALTERS,

          Plaintiff,

v.

MAYO CLINIC HEALTH SYSTEM –
EAU CLAIRE HOSPITAL, INC.,

          Defendant.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 12-cv-804-wmc

---

      This action came before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Amy J. Walters against defendant Mayo Clinic Health System – Eau Claire Hospital, Inc. in the amount of $543,841.20 based on the jury's finding of liability under the Family and Medical Leave Act, 29 U.S.C. § 2615.

      IT IS FURTHER ORDERED AND ADJUDGED that plaintiff shall be reinstated at a Mayo facility other than Mayo – Eau Claire; that defendant shall calculate missing pension contributions that would have been made on plaintiff's behalf had she continued working for Mayo – Eau Claire uninterrupted and deposit on her behalf an amount equal to the sum that would currently be in that fund had those contributions been timely deposited; that defendant shall purge the October 6, 2010 written warning and the subsequent corrective actions from plaintiff's personnel file; and that by December 31, 2014, defendant shall file a report with the court describing modifications made to policies and practices in training which Mayo – Eau Claire has implemented addressing issues raised in this lawsuit.

Approved as to form this 19th day of May, 2014.

_____
William M. Conley
District Judge

_____
Peter Oppeneer
Clerk of Court

5/21/14
Date