IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMY J. WALTERS,

                Plaintiff,                           ORDER

v.

                                                      12-cv-804-wmc

MAYO CLINIC HEALTH SYSTEM-
EAU CLAIRE HOSPITAL, INC.,

                Defendant.

---

The court is in receipt of plaintiff Amy J. Walters' revised supplemental motion for attorney fees and costs, in which plaintiff seeks an additional $38,933.00 in fees and $451.98 in costs for legal work and costs incurred in responding to defendants' motions after the verdict. (Dkt. #292.) Defendant has indicated that it has no objections to this supplemental request. (Dkt. #294.) In addition to the motion being unopposed, the court further finds that the amount of time spent responding to post-verdict motions is well-documented and appears reasonable. (2/19/15 Affidavit of Carol Nolan Skinner, Exs. C, D (dkt. ##289-1, 289-2).) Moreover, the court previously found the hourly rates sought also to be reasonable and consistent with comparable practitioners. (3/5/15 Op. & Order (dkt. #290) 14.)

Accordingly,

ORDER

IT IS ORDERED that:

1) Plaintiff Amy J. Walters' revised supplemental motion for attorney fees and costs (dkt. #292) is GRANTED.

2) The clerk of court is directed to amend the judgment to reflect an additional award of (a) $38,933.00 in fees pursuant to 29 U.S.C. § 2617(a)(3) (for a revised award of $424,447.72) and (b) $451.98 in costs pursuant to Rule 54(d) (for a revised taxable cost award of $19,636.66).

Entered this 17th day of March, 2015.

BY THE COURT:

WILLIAM M. CONLEY
District Judge