IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMY J. WALTERS,

Plaintiff,                                                     ORDER

v.

12-cv-804-wmc

MAYO CLINIC HEALTH SYSTEM-
EAU CLAIRE HOSPITAL, INC.,

Defendant.

---

The court is in receipt of plaintiff Amy J. Walters' motion to seal the court's March 5, 2015, opinion and order.  (Dkt. #300).  Because the court finds that plaintiff's privacy interests constitute good cause for sealing the opinion and order, the court will grant the motion and direct the clerk of court to file the redacted opinion which is attached to this order.

ORDER

IT IS ORDERED that:

1) plaintiff Amy J. Walters' motion to seal opinion and order (dkt. #300) is GRANTED; and

2) the clerk of court is directed to seal dkt. #290 and further directed to docket the attached redacted opinion and order.

Entered this 10th day of April, 2015.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge